# United States District Court

FOR THE DISTRICT OF COLUMBIA

Gregg Whitfield,
Regina Whitfield,

v.

United States

**SUMMONS IN A CIVIL CASE**

Case No.: 1:05-CV-01961 *RWR*

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Gregg Whitfield,
Regina Whitfield,
1982 Londonderry Lane,
Cambria, CA 93428,
805-927-1604

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
Court Clerk

by _Jackie Frans_
Deputy Clerk

OCT 2 8 2005
Date

## RETURN OF SERVICE

Service was made by <u>Gregg Whitfield</u>   Date <u>December 23, 2005</u>
                       Name of server

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # <u>7005 1820 0005 6274 0588</u>

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ <u>8.30</u>.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Gregg Whitfield_                 12-23-2005
Gregg Whitfield                      Date



# United States District Court

### FOR THE DISTRICT OF COLUMBIA

**Gregg Whitfield,**
**Regina Whitfield,**

**SUMMONS IN A CIVIL CASE**

v.

Case No.: 1:05-CV-01961 *RWR*

**United States**

To:

~~[redacted]~~

Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Gregg Whitfield,
Regina Whitfield,
1982 Londonderry Lane,
Cambria, CA 93428,
805-927-1604

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____
Court Clerk

by _Jackie Frans_ (signature)
Deputy Clerk

OCT 2 8 2005
_____
Date

Page 1

## RETURN OF SERVICE

Service was made by <u>Gregg Whitfield</u>   Date <u>December 23, 2005</u>
                   Name of server

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # <u>7005 1820 0005 6274 0588</u>,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ <u>8.30</u>.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.


_Gregg Whitfield_            12-23-2005
Gregg Whitfield                  Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales
   United States Atty. Gen.
   950 Pennsylvannia Ave.
   Washington, District of
   Columbia  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service): 7002 2030 0003 0793 5441

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.90 |

Sent To: ALBERTO Gonzales
Street, Apt. No.; or PO Box No.: U.S. Atty. Gen.
City, State, ZIP+4: 950 Pennsylvania Ave. Wash, Dist of Columbia

7002 2030 0003 0793 5441