IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGG WHITFIELD & <br> REGINA WHITFIELD, <br>     Plaintiffs, <br> v. <br> UNITED STATES, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    No: 1:05-cv-1961 (RWR) <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES' MOTION TO DISMISS

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 12(b), to dismiss plaintiffs' complaint.

As grounds for this motion, the United States submits that plaintiffs failed to properly serve the United States and the Court lacks subject matter jurisdiction over the complaint.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: March 3, 2006.

                                          Respectfully submitted,

                                          /s/ Michael J. Salem
                                          MICHAEL J. SALEM
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 227
                                          Washington, DC  20044
                                          Telephone:  (202) 307-6438

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS was caused to be served upon plaintiffs *pro se* on the 3d day of March, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>  GREGG WHITFIELD
>  REGINA WHITFIELD
>  Plaintiffs *pro se*
>  1982 Londonderry Lane
>  Cambria, CA  93428.

>  /s/ Michael J. Salem
>  MICHAEL J. SALEM

1574263.11