IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGG WHITFIELD & <br> REGINA WHITFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:05-cv-1961 (RWR) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiffs' [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

| | |
|---|---|
| GREGG WHITFIELD | MICHAEL J. SALEM |
| REGINA WHITFIELD | Trial Attorney, Tax Division |
| Plaintiffs *pro se* | U.S. Department of Justice |
| 1982 Londonderry Lane | Post Office Box 227 |
| Cambria, CA  93428 | Washington, DC  20044 |

1560491.11

CERTIFICATE OF SERVICE

      IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiffs *pro se* on the 3d day of March, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> GREGG WHITFIELD
> REGINA WHITFIELD
> Plaintiffs *pro se*
> 1982 Londonderry Lane
> Cambria, CA  93428.

      /s/ Michael J. Salem
      MICHAEL J. SALEM

1574366.11