```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
GREGG WHITFIELD et al.,       )
                              )
        Plaintiffs,           )
                              )
    v.                        )   Civil Action No. 05-1961 (RWR)
                              )
UNITED STATES OF AMERICA,     )
                              )
        Defendant.            )
_____)
```

### ORDER

Defendants have moved to dismiss the complaint. Because the defendants have filed a motion which could potentially dispose of this case, the Court will advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

-2-

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party by mail, 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above.  Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above.  Thus, failure to respond to the defendants' motion in this case carries with it the risk that the case will be dismissed.  It is therefore hereby

ORDERED that plaintiff shall file his response to the defendants' motion to dismiss the complaint no later than April 28, 2006.  If plaintiff does not timely respond, the Court may treat the motion as conceded and dismiss the complaint.

SIGNED this 28th day of March, 2006.

                                                /s/
                                 RICHARD W. ROBERTS
                                 United States District Judge