```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| GREGG WHITFIELD et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1961 (RWR) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

On March 3, 2006, defendant filed a motion to dismiss the claims against it pursuant to Fed. R. Civ. P. 12(b) for lack of subject matter jurisdiction. On March 29, 2006, this Court issued an order advising the *pro se* plaintiff of her obligation to respond by April 28, 2006, and that failure to respond may result in dismissal of the complaint. Plaintiff has failed to file a response to defendant's motion. Accordingly, it is hereby

ORDERED that defendant's Motion [3] to Dismiss be, and hereby is, GRANTED as conceded. It is further

ORDERED that plaintiff's complaint be, and hereby is, DISMISSED. This is a final, appealable Order.

SIGNED this 5th day of May, 2006.

```
                         _____/s/_____
                         RICHARD W. ROBERTS
                         United States District Judge
```