-3-

permitted to file their opposition, their complaint would be dismissed for want of jurisdiction over the claims for tax refunds, return of money, declaratory relief, and injunctive relief, and for failure to state a claim for damages for the reasons very clearly set forth in Lindsey v. United States, – – F. Supp. 2d – –, 2006 WL 2413720, *11, *16-19 (D.D.C. Aug. 22, 2006) (Walton, J.), a case involving a virtually identical complaint.

## CONCLUSION

Accordingly, because the Whitfields have not met the requirements set forth in Rule 60(b) for obtaining relief from a final order, and because granting relief from the final order would be futile, it is hereby

ORDERED that leave to file the Whitfields' untimely opposition to the government's motion to dismiss be, and hereby is, DENIED.

SIGNED this 3rd day of November, 2006.

                                       /s/
                                RICHARD W. ROBERTS
                                United States District Judge